UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

FILED

2007 JAN 24 P 3: 55

UNITED STATES OF AMERICA )
)
vs. ) Case No. 1:07-CR-11
) Judge Collier/Carter
LARRY HAISLIP )

## INFORMATION

### COUNT ONE

The United States Attorney charges that on or about October 10, 2002, in the Eastern District of Tennessee, defendant, LARRY HAISLIP, while an officer, that is, Financial Secretary, of Steelworkers Local 7509, a labor organization as defined in Title 29, United States Code, Section 402(i), did embezzle and convert to his own use the funds of said labor organization in the approximate amount of $1702.97; in violation of Title 29, United States Code, Section 501(c).

JAMES R. DEDRICK
UNITED STATES ATTORNEY

By: *[signature]*
John P. MacCoon
Assistant United States Attorney